Gary L. WALKER, Party in Interest—Appellant,

and

Harold Mitchell, individually and on behalf of all others similarly situated; Gerald Jones, individually and on behalf of all others similarly situated;

Mary Ann Edwards, individually and on behalf of all others similarly situated; William N. Epps, Jr., Guardian ad Litem, Plaintiffs,

v.

IMC GLOBAL INC., formerly known as IMC Fertilizer Group Inc., formerly known as IMC Fertilizer Inc., formerly known as International Minerals and Chemical Corporation; IMC Global Operations Inc., formerly known as IMC Fertilizer Group Inc., formerly known as IMC Fertilizer Inc., formerly known as International Minerals and Chemical Corporation, Defendants—Appellees,

v.

Ronnie Fowler; James H. Watson; Joyce McGill; Randy Griffin; Robert L. Miller; Brenda A. McAbee; Namon M. Dawkins; Rose L. Fernandis; Jarob Black; Kenneth E. Morrow; Leroy Artison; Mary C. Smith; Henry D. Smith; Barbara J. Brown; William Stalnaker; Jeffrey S. Satterfield; Barbara Middleton; Tyrone Keith Wiggins; Timothy Darrell Wiggins; Louise Dawkins Littlejohn; Cynthia Denise Moore; Lucille Foster Moore; Sharon Dogan; Hattie E. Byrd; Reginald Shelton; Verle Adams Thompson; Lula Hames Adams; Mattie Louise Adams; William/Willis Joshua Adams; Mittie Adams Cox; Broadus L. Cox; Guy Frederick Chesney; Edna Mildred Adams Chesney; Floyd Earle McAbee; Mary K. Garren; Evelyn B. Artison–Moore; Cora P. Wheeling; Annette Betsill; Dianne P. McGill; Sheena Irene Foster; Rose Marie Foster Young; Lossie Jackson; Norwood Fowler; Shirley Fowler; Ernest Keenon; Patricia D. Fowler; Cody A. Fowler; Carol Humphries Bland; Charles E. Huitt; Robert Earl Foster; Janice Lee Foster; Ger-

ald Cox; Dorothy Taylor Moss; Betty J. Cox; Tijuanna Bates; Oneal Edwards; Jerry Harrison; Vicki Smith; Willie Bates; Carolyn Evans; Timothy L. Evans; Angela M. Whitt; Crystal Mockabee; John L. Bobo; Veronica Woodruff; James William Caldwell; Hattie F. Young; Carnell Floyd; Melvin Bivings; Dorothy E. Benson; David B. Jennings, Sr.; Mattie L. Philson; Debra Reeder; Bryon Oneal Foster; Cheryl Elizabeth Robinson; Mary L. Henderson; Raymond Machen; Ramona N. Williams; Sylvia Quinn; Stephanie S. Thrower; Patricia A. Robinson; Tonya R. Foster; Darlene Bobo Andrews; Herry Andrews; Bobby Andrews; Hycinth Andrews; Marlon Andrews; Amberia Williams; Cedrick L. Ridgeway; Juan Carlon Miller; Tyrian Deonte Carter; Tiffany M. Carson; Tammy M. Keley; Ansel R. Messick; Carolyn M. Justice; Mary E. Stephen; Alton L. Waters, Sr.; Edzema A. Montgomery; Genevieve Fuller Robinson; Lillie B. Fuller; Johnnie Mae Fuller; Kristie Kelly; Gloria Wiggleton; Marisa Darlette Davis; Carol G. Medley; Edwin K. Long; Ruth Reeder; Mary N. Reeder; Dora N. Reeder; John E. Reeder; Jerry Reeder; Kizzy Smith; Jacqelyn Foster; Thomas Lamont Ferguson; Ernest Winn; Angela Rogers Jacques; Darrell L. Mitchell; Petunia P. Leak; Robert Cates Hayes; Paul L. Scott; Terance Gault; John Miller; Charles Edward Hunter; James W. Caldwell; Denise L. Martin; Yvonda L. Wright; Martha Jean Chesney McAbee Barnett, individual claim of; Eric A. Means; Kelvin Gault; Marilyn Thomas; Karen Marlene Thompson, Representing claimants: Verle Adams Thompson, Lula Hames Adams, Mattie Louise Adams, William/Willis Joshua Adams, Mittie Adams Cox, Broadus L. Cox, Guy Frederick Chesney, Edna Mildred Adams Chesney, Floyd Earle McAbee, and Martha Jean Chesney McAbee Barnett; Stanley Jeter; Annette Shack, Parties in Interest.

No. 03–2315.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 25, 2004.

Decided: Jan. 5, 2005.

Gary L. Walker, Appellant pro se.

Beattie B. Ashmore, Price, Paschal & Ashmore, PA, Greenville, South Carolina, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. Walker appeals the district court's order overruling his objection to the order of the magistrate judge implementing the special master's award distributing the settlement in a class action lawsuit. We have reviewed the record and find no reversible error. Accordingly, we affirm on the district court's reasoning that the class size and award distribution were correctly calculated. See *Walker v. IMC Global, Inc.*, No. CA–02–3608–13AK–7 (D.S.C. Oct. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED*